# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Bobby Len Franklin, an individual dba; Daydream Land & Systems Development Company,<br><br>  Plaintiff,<br><br>v.<br><br>Town of Laughlin Nevada, et al.,<br><br>  Defendants. | Case No. 2:24-cv-00903-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to amend his complaint. (ECF No. 19). However, Plaintiff does not attach his proposed amended complaint as required under Nevada Local Rule[1] 15-1(a). The Court thus denies Plaintiff's motion to amend without prejudice so that he may refile it with his proposed amendment attached.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend his complaint (ECF No. 19) is **denied without prejudice.** The Clerk's Office is kindly directed to send Plaintiff a copy of this order.

DATED: June 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada, which can be found on the Court's website at https://www.nvd.uscourts.gov/court-information/rules-and-orders/