**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Bobby Len Franklin, an individual dba Daydream Land & Systems Development Company,<br><br>Plaintiff,<br><br>v.<br><br>Town of Laughlin Nevada, et al.,<br><br>Defendants. | Case No. 2:24-cv-00903-GMN-DJA<br><br>**Order** |

Before the Court are pro se Plaintiff's motions for the Defendants "to timely answer the interrogatories." (ECF Nos. 24, 25). However, discovery has not yet commenced in this case because the parties have not submitted a stipulated discovery plan and scheduling order. *See* Fed. R. Civ. P. 26(d) ("[a] party may not seek discovery from any source before the parties have conferred as required by [Federal] Rule [of Civil Procedure] 26(f)"); *see* Nevada Local Rule[1] 26-1(a) (requiring the parties to file a stipulated discovery plan following their Federal Rule of Civil Procedure 26(f) conference). The Court thus denies both of Plaintiff's motions as premature.

**IT IS THEREFORE ORDERED** that Plaintiff's motions for the Defendants to answer interrogatories (ECF Nos. 24, 25) are **denied.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: July 1, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada, which can be found on the Court's website at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.